**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1597**

_____

BRENDA C. NOE, on behalf of herself and all others similarly situated,

Plaintiff - Appellant,

v.

CITY NATIONAL BANK OF WEST VIRGINIA,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:19-cv-00690)

_____

Submitted:  January 12, 2022                     Decided:  January 21, 2022

_____

Before WILKINSON, KING, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jason E. Causey, BORDAS & BORDAS, PLLC, Wheeling, West Virginia; E. Adam Webb, WEBB, KLASE & LEMOND, LLC, Atlanta, Georgia; Tiffany M. Yiatras, Francis J. Flynn, Jr., CONSUMER PROTECTION LEGAL, LLC, Ellisville, Missouri, for Appellant.  Dallas Floyd Kratzer, III, STEPTOE & JOHNSON PLLC, Columbus, Ohio; Ancil H. Ramey, STEPTOE & JOHNSON PLLC, Huntington, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda C. Noe appeals the district court's order granting, on remand, City National Bank of West Virginia's ("the Bank") motion to refer to arbitration a putative class action alleging several state law claims, including claims for breach of contract, breach of the covenant of good faith and fair dealing, and unjust enrichment.[*] We have reviewed the record and considered the parties' arguments and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Noe v. City Nat'l Bank of W. Va.*, No. 3:19-cv-00690 (S.D.W. Va. Apr. 21, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The Bank previously appealed the district court's order denying its motion to dismiss Noe's claims. We vacated the district court's order, in part, and remanded the matter for the court to determine whether Noe's claims should be referred to arbitration and, if it determined that unresolved questions of material fact prevented it from deciding the issue, directed the court to hold a hearing to resolve the issue. *See Noe v. City Nat'l Bank of W. Va.*, 828 F. App'x 163, 165-67 (4th Cir. 2020) (No. 20-1230).